AO 241 (Rev. 12/04)

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

07-011

| United States District Court | District: Of Delaware |
|---|---|
| Name (under which you were convicted): Derrick L. Johnson | Docket or Case No.: |
| Place of Confinement: Delaware Correctional Center | Prisoner No.: 178069 |
| Petitioner (include the name under which you were convicted) Derrick L. Johnson | Respondent (authorized person having custody of petitioner) v. Thomas Carroll, Warden, And Carl Danberg |
| The Attorney General of the State of | |

FILED
JAN - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
no fee

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging.
   Superior Court In And For New Castle Court Delaware

   (b) Criminal docket or case number (if you know): Super. Ct. ID 83004982

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing: June 7, 1984

3. Length of sentence: Life imprisonment with parole

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   Second Degree Murder

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☑ (2) Guilty            ☐ (4) Insanity plea

☜AO 241                                                                                                                                             Page 3
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Pled guilty to Second Degree Murder pursuant to a plea offer by the State in exchange the State dropped First Degree Murder, First degree Conspiracy, and possession of a deadly weapon during the Commission of a Felony.

(c) If you went to trial, what kind of trial did you have? (Check one) N/A

    ☐ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

    ☐ Yes   ☑ No

9. If you did appeal, answer the following: N/A

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

    If yes, answer the following:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Result:

    (4) Date of result (if you know): N/A

AO 241 (Rev 12/04)

Page 4

(5) Citation to the case (if you know): N/A

(6) Grounds raised:

 

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes   ☒ No

If yes, answer the following: N/A

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Superior Court In And For New Castle County Delaware

(2) Docket or case number (if you know): ID: 8300498 DC.

(3) Date of filing (if you know): August 5, 2005

(4) Nature of the proceeding: Rule 35(a) Motion For Correction of Sentence

(5) Grounds raised:

Illegal Sentence in Violation of Ex Post Facto Clause And Due Process Clause of The United States Constitution

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: N/A

(8) Date of result (if you know): N/A

AO 241 (Rev. 12/04)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Superior Court In And For New Castle County Delaware

(2) Docket or case number (if you know):

(3) Date of filing (if you know): Writ of Mandamus

(4) Nature of the proceeding: To Compel The Judge to perform a duty owed.

(5) Grounds raised:

Illegal Sentence In Violation of Ex Post Facto Clause And Due Process Clause of The United States Constitution.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: Summary Dismissal

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information: N/A

(1) Name of court: N/A

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

%AO 241 (Rev. 12/04)                                                                                              Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: Summary Dismissal

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes   ☐ No
(2) Second petition:   ☑ Yes   ☐ No
(3) Third petition:    ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. See First Amended Petition Enclosed Herein.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ex Post Facto And Alternative Due Process Violation See First Amended Petition Enclosed Herein.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Above Ground One.

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

AO 241 (Rev. 12/04)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

Accepted Plea Offer By The State.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 35(A) Motion To Correct Sentence

Name and location of the court where the motion or petition was filed:
Superior Court In And For New Castle County Delaware

Docket or case number (if you know): ID: 8300498201

Date of the court's decision: August 5, 2005

Result (attach a copy of the court's opinion or order, if available):
Summary Dismissal - See Attached.

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Supreme Court Of Delaware

Docket or case number (if you know): Appeal No. 503, 2005 - ID No. 8300498201

Date of the court's decision: January 24, 2006

Result (attach a copy of the court's opinion or order, if available):
See Attached Herein.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

AO 241 (Rev. 12/04)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Prison Grievance Procedure.

**GROUND TWO:** Violation of Accrued Good Time Credits And Conditional Release In Violation of Ex Post Facto Clause And Due Process Clause of The United States Constitution.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See First Amended Petition Enclosed Herein.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

Accepted Plea Offer To Second Degree Murder By The State.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 35 (A) Motion For Correction of Sentence.

Name and location of the court where the motion or petition was filed:
Superior Court In And For New Castle County Delaware

Docket or case number (if you know): ID: 83004982DI.

Date of the court's decision: August 5, 2005

AO 241
(Rev. 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available): Summary Dismissal See Attached

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Delaware

Docket or case number (if you know): Appeal No. 503, 2005

Date of the court's decision: January 24, 2006.

Result (attach a copy of the court's opinion or order, if available):
See Attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Prison Grievance Procedure.

GROUND THREE: Enhanced Sentence In Violation of The Ex Post Facto Clause AND Due Process Clause of The United States Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See First Amended Petition Enclosed Herein.

AO 241 (Rev. 12/04)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why? N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Accepted Plea Offer To Second Degree Murder By the State.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 35(a) Motion For Correction of Sentence.

Name and location of the court where the motion or petition was filed: Superior Court In And For New Castle County Delaware

Docket or case number (if you know): IO: 8300498201

Date of the court's decision: August 5, 2005

Result (attach a copy of the court's opinion or order, if available):

See Attached.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court Of Delaware

Docket or case number (if you know): Appeal No. 503, 2005

Date of the court's decision: January 24, 2006

Result (attach a copy of the court's opinion or order, if available):

See Attached Herein

AO 241 (Rev. 12/04)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Prison Grievance Procedure

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:** N/A

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:** N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 12/04)

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? N/A ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

AO 241
(Rev. 12/04)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised. N/A

AO 241 (Rev. 12/04)                                                                                                       Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal: None

(f) In any post-conviction proceeding: None

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes  ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes  ☑ No  N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Pursuant to Superior Court Criminal Rule 35(A) A motion to correct sentence can be filed at any time.

AO 241
(Rev. 12/04)

Page 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

 (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

※AO 241 (Rev. 12/04)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *See First Amended Petition Enclosed Herein*

or any other relief to which petitioner may be entitled.

*See item #2 Above*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *Dec. 31, 2006* (month, date, year).

Executed (signed) on *Dec. 31, 2006* (date).

_____
*Derrick L. Johns*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

*U.S. District Court of Delaware*
[insert appropriate court]

* * * * *

## Certificate of Service

I, _Derrick L. Johnson_, hereby certify that I have served a true And correct cop(ies) of the attached: _Petition for Writ of Habeas Corpus and First Amended Petition_ upon the following parties/person (s):

TO: _U.S. District Court_
_Lock Box 18_
_844 King Street_
_Wilmington, Delaware 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _31_ day of _December_, 200_6_.

_Derrick L. Johnson_

I/M Derrick L. Johnson
SBI# 00178069   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





U.S. District Court
Lock Box 18
844 King Street
Wilmington, Delaware
19801

(Legal Mail)



THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED OR FOR THE CONTENTS OF THE LETTER.