D.I. #_____

# CIVIL ACTION NUMBER: 07cv11

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



D.I. #_____

# CIVIL ACTION
# NUMBER: _____07CV11_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.56 |

Postmark: RODNEY SQ STA 19801, FEB 27 2007, WILMINGTON USPS

Cv. No. 07-11-SLR

Sent To: AG, Dept. of Justice, Loren Meyers
Street, Apt. No., or PO Box No.: 820 N. French Str.
City, State, ZIP+4: Wilmington, DE 19801

PS Form 3800, June 2002      See Reverse for Instructions

7002 2030 0003 0326 5412