D.I. # _____

# CIVIL ACTION NUMBER: _____07CV 11_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

Civ.No. 07-11-SLR

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _me_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Lamon
C. Date of Delivery: 2/28/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes



MAR 1 2 46 PM '07 FILED