FPS - 291                                                                                      DATE: April 3, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 07-1757

Johnson v. Carroll
(D.C. No. 07-cv-00011)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: April 3, 2007
     ISC/cc: Derrick L. Johnson
            Loren C. Meyers, Esq.

FPS - 291 DATE: **April 3, 2007**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-1757

Johnson v. Carroll
(D.C. No. 07-cv-00011)

To:  Clerk

1)  Application to Proceed In Forma Pauperis

---

   The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: April 3, 2007
    ISC/cc: Derrick L. Johnson
            Loren C. Meyers, Esq.

FPS - 291                                                                                                  DATE: **April 3, 2007**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 07-1757</u>

Johnson v. Carroll
(D.C. No. 07-cv-00011)

To:  Clerk

    1)   Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

    The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

<u>/s/Marcia M. Waldron</u>
Clerk

Dated: April 3, 2007
    ISC/cc: Derrick L. Johnson
           Loren C. Meyers, Esq.